## PACA'S LESSEE v. HAUGHEY et al.

United States Circuit Court.   Delaware District.   October, 1794.

*Bayard's Notebook, 71.*

PER CURIAM.   BLAIR, Judge of Supreme Court, and BEDFORD, District Judge.   The copy is competent evidence and may therefore be read.

*Levy, Read* and *Bayard* for plaintiff.   *Ridgely, Miller* and *Vandyke* for defendant.